No. 64. Ex parte Picornell, Notary Public.—Petition by the National Surety Company for the termination of notarial surety bond No. 2107 executed as surety for Notary Salvador Picornell by said company on March 6, 1913. Decided September 28, 1914. Bond terminated to take effect November 25, 1914. The petitioner appeared by its general agent. Mr. Harry F. Besosa.

---

No. 67. Ex parte Vallecillo, Notary Public.—Petition by the National Surety Company for the termination of notarial surety bond No. 3263 executed as surety for Notary Francisco Vallecillo by said company on June 13, 1913. Decided October 1, 1914. Bond terminated to take effect December 1, 1914. The National Surety Company appeared by its general agent, Mr. H. F. Besosa.

---

No. 231. Ex parte Felíu, Notary Public.—Petition by the National Surety Company for the termination of notarial surety bond No. 451 executed as surety for Notary Leopoldo Felíu by said company on April 15, 1910. Decided October 1, 1914. Bond terminated to take effect December 1, 1914. The petitioning company appeared by its general agent, Mr. H. F. Besosa.

---

No. 373. Ex parte Mas, Notary Public.—Petition by the National Surety Company for the termination of notarial surety bond No. 2034 executed as surety for Notary Félix C. Mas by said company on December 20, 1912. Decided October 1, 1914. Bond terminated to take effect December 1, 1914. The petitioning company appeared by its general agent, Mr. H. F. Besosa.